IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

COLUMBIA DIVISION

| | |
|---|---|
| Palmetto Automatic Sprinkler Co., Inc., ) | Civil Action No. 3:13-3313-MBS |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | DEFENDANT'S LOCAL RULE 26.01 |
| ) | INTERROGATORY RESPONSES |
| Smith Cooper International, Inc., and ) | |
| Leonhardt Pipe & Supply, Inc., ) | |
| ) | |
| Defendants. ) | |
| ) | |

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Smith Cooper International, Inc., discloses that it is a California Corporation and is held 100% by BPSCI, LLC, which is not a publicly held corporation.

THIS THE 27TH DAY OF NOVEMBER, 2013.

HEDRICK GARDNER KINCHELOE & GAROFALO, LLP.

/s/ TRACIE H. BRISSON
Tracie H. Brisson
1838 Sir Tyler Dr., Suite 200
Wilmington, NC 28405
Direct Phone: 910.795.2209
Fax: 910.509.9630
SC State Bar No. 78009
Federal ID No. 11709
tbrisson@hedrickgardner.com

Lee E. Dixon
P.O. Box 11267
Columbia, SC 29211
Direct Phone: (803) 727-1200
Fax:   (803) 727-1259
ldixon@hedrickgardner.com
SC State Bar No. 72582
Federal ID No. 09490

*Attorneys for Defendant Smith Cooper International, Inc.*

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing document was served upon all counsel of Record by depositing a copy of the same in an official depository of the United States mail in a postage-paid envelope addressed as follows:

>Adam L. Horner
>Laura Barringer
>Hamilton Stephens Steele + Martin, PLLC
>301 S. College Street, Suite 2020
>Charlotte, NC 28244-2020
>
>Leonhardt Pipe & Supply, Inc.
>Attn: David Leonhardt, Its Registered Agent
>7516 Bud Henderson Road
>Huntersville, NC 28078

THIS THE 27TH DAY OF NOVEMBER, 2013.

>HEDRICK GARDNER KINCHELOE & GAROFALO, LLP.
>
>/s/ LEE E. DIXON
>Tracie H. Brisson
>1838 Sir Tyler Dr., Suite 200
>Wilmington, NC 28405
>Direct Phone: 910.795.2209
>Fax: 910.509.9630
>tbrisson@hedrickgardner.com
>SC State Bar No. 78009
>Federal ID No. 11709
>
>Lee E. Dixon
>P.O. Box 11267
>Columbia, SC 29211
>Direct Phone: (803) 727-1200
>Fax:    (803) 727-1259
>ldixon@hedrickgardner.com
>SC State Bar No. 72582
>Federal ID No. 09490
>*Attorneys for Defendant Smith Cooper International, Inc.*